SARAH ACKERBERG and JOSEPH ACKERBERG, Respondents, v. MUNCH BREWERY, INC., Defendant, Impleaded with OWENS ILLINOIS BOTTLING COMPANY, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

IVAN STERN and MAX STERN, Respondents, v. HUB MOTOR COACH LINE, INC., and JAMES CAULFIELD, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH YUKON, Respondent, v. HORN & HARDART COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN STILLMAN, Appellant, v. CLYDE ELLIOT MURRAY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS BOSS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID FRIEZE, Appellant, v. PHILIP ROSENTHAL and Another, etc., Individually and as Copartners, etc., Respondents.— Judgment reversed and order modified by granting a new trial, and as so modified affirmed, with costs to the appellant to abide the event. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [148 Misc. 273.]

EMIL SCHWAB and EMIL H. SCHWAB, JR., Appellants, v. DAVID BACHRACH and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

I. RAYMOND SPECTOR, Appellant, v. THE BIOW COMPANY, INC., and MILTON H. BIOW, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant. Equity, having jurisdiction in this cause for one purpose, was justified in retaining it generally for all purposes. (See Carpenter v. Osborn, 102 N. Y. 552.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SUSIE LEE SMITH, as Administratrix, etc., of JOSEPH B. P. LEE, Deceased, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORGAN FINANCE CORPORATION, Respondent, v. COLONIAL DISCOUNT CO., INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.